ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
NATHANIEL J. WALTERS
Assistant U.S. Attorney
State Bar No. 029708
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

FILED

2019 FEB 27  PM 3: 02

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR19-00540 TUC-RM(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | INDICTMENT |
|---|---|
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. § 499 (Military, Naval, or Official Passes) Count 1 |
| Sheryl Lynne Lankford, | |
| Defendant. | 18 U.S.C. § 1542 (False Statement in Application and Use of Passport) Count 2 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about February 18, 2016, in Tucson, District of Arizona, the defendant, Sheryl Lynne Lankford, with intent to defraud, knowingly, intentionally, and unlawfully possessed or used an official pass or permit issued under the authority of the United States, to wit, a Transportation Security Administration Common Access Card, by knowingly and intentionally using the pass to represent herself as a current Department of Homeland Security employee, in violation of Title 18, United States Code, 499.

///

## COUNT 2

On or about February 18, 2016, in Tucson, District of Arizona, the defendant, Sheryl Lynne Lankford, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for her own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application, the defendant stated she was employed by the Department of Homeland Security, a statement the defendant knew to be false, in violation of Title 18, United States Code, Section 1542.

A TRUE BILL

/S/
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/S/

Assistant U.S. Attorney

Dated: February 27, 2019

**REDACTED FOR PUBLIC DISCLOSURE**